THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK SPILLMAN, Alias ROBERT SUNDERLAND, FREDERICK LEO SPELLMAN and FRED WILLIAMS, Appellant.

Submitted May 31, 1955; decided June 2, 1955.

*Frederick Spillman,* in person, for motion.

*T. Vincent Quinn, District Attorney* (*George J. Regan* of counsel), for the People of the State of New York.

Motion granted and John McKim Minton, Esq., 295 Madison Avenue, New York City, assigned as counsel to defendant on the appeal herein.